~~LAW OFFICES OF BILL LATOUR~~
~~BILL LATOUR [CSBN: 169758]~~
~~1420 E. Cooley Dr., Suite 100~~
~~Colton, California 92324~~
~~Telephone: (909) 796-4560~~
~~Facsimile: (909) 796-3402~~
~~E-Mail: fed.latour@yahoo.com~~

~~Attorney for Plaintiff~~

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 13 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SYLVIA ELOISE LARA,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner Of Social Security,<br><br>Defendant. | No. CV 12-10150 AN<br><br>~~[PROPOSED]~~ ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND ONE HUNDRED DOLLARS AND 00/100 ($2,100.00) subject to the terms of the stipulation.

DATE: November 13, 2013

_____
HON. ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE

---

[1] Ms. Colvin was appointed Acting Commissioner by President Obama on February 14, 2013, and is substituted as a party defendant in this case in accordance with Fed. R. Civ. P. 25(d).

-1-